UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Richard Coleman

      v.                      Case No. 11-cv-359-JL

Ford Motor Company


O R D E R

On February 21, 2012, Plaintiff filed it's Second Answer to Defendant's Request for Disclosures, Document #16.  Pursuant to Fed. R. Civ. P. 5(d), disclosures under Rule 26(a)(1) or (2) must not be filed until they are used in the proceeding or the court orders their filing.

It is, therefore, ordered that Plaintiff's Second Answer to Defendant's Request for Disclosures, Document #16, be removed and stricken from the docket.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

February 29, 2012

cc:  Richard Coleman, pro se
     James Campbell, Esq.
     Trevor Keenan, Esq.