UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Richard Coleman</u>

    v.                       Civil No. 11-cv-359-JL

<u>Ford Motor Company</u>

### **O R D E R**

Ford's motion to continue (document no. 26) is GRANTED in part and DENIED in part. The parties' deadlines for filing final pretrial materials are stayed pending this court's decision on the summary judgment motions. All other deadlines, including the dates of the final pretrial conference and the trial, remain in effect. The court will hear oral argument on the summary judgment motion (document no. 21) on **October 11, 2012 at 3:00 p.m.**, to be cancelled only if the plaintiff notifies the court that he does not wish to present oral argument.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: October 2, 2012

cc: Richard Coleman, pro se
    James M. Campbell, Esq.
    Trevor J. Keenan, Esq.